UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C.,  )<br><br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AMERICAN BAR ASSOCIATION,  )<br>)<br>Defendant.  ) | Civil Action No.:<br>Judge: |

PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which own at least 10% of COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., and which are publicly held.

NONE.

Respectfully submitted

By: _/s/ Matthew C. Wagner_
Matthew C. Wagner (Bar No. 460298)
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941 5668
(914) 941-6091 (facsimile)

Dated: 10/12/07