UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

COLLEN IP, INTELLECTUAL PROPERTY )
LAW, P.C., The Holyoke-Manhattan Building, )
80 South Highland Avenue, Ossining, )
New York 10562 )
)
)
Plaintiff, )
)
v. )  CIVIL ACTION NO. 1:07-cv-01861
)  JUDGE Ellen S. Huvelle
)
AMERICAN BAR ASSOCIATION, )
321 North Clark Street, Chicago, Illinois 60610 )
)
Defendant. )

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE COURT:

Defendant American Bar Association files this Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, and represents to the Court that:

1. Defendant American Bar Association has requested, and Plaintiff Collen IP, Intellectual Property Law, P.C., through its counsel Matthew C. Wagner, has agreed not to oppose an extension of time for Defendant American Bar Association to answer, move or otherwise respond on or before January 7, 2008, to Plaintiff's Complaint served herein on November 27, 2007.

2. A proposed Agreed Order granting the relief requested is submitted herewith.

WHEREFORE, Defendant American Bar Association prays that it be granted an extension of time to answer, move or otherwise respond to Plaintiff's Complaint on or before January 7, 2008.

Respectfully submitted,

*/s/ Michael J. Hunseder*
Michael J. Hunseder (D.C. Bar No. 447260)
Paul J. Zegger (D.C. Bar No. 457399)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel. 202 736-8060
Fax 202 736-8711

Charles S. Cotropia
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201

ATTORNEYS FOR DEFENDANT
AMERICAN BAR ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT has been served by postage, prepaid First Class Mail on attorney for Plaintiff, Matthew C. Wagner, Collen IP, The Holyoke-Manhattan Building, 80 South Highland Avenue, Ossining, New York 10562 on the 17th day of December, 2007.

_____
Charles S. Cotropia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAR ASSOCIATION,<br><br>Defendant. | CIVIL ACTION NO.<br>JUDGE |

### ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Upon agreement of Plaintiff Collen IP, Intellectual Property Law, P.C. and Defendant American Bar Association to entry of this Order, it hereby is

ORDERED THAT Defendant American Bar Association may answer, move or otherwise respond to Plaintiff's Complaint on or before January 7, 2008.

SIGNED this _____ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

4

AGREED & APPROVED:

*[signature]*

Paul J. Zegger (D.C. Bar No. 457399)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Attorneys for Defendant American Bar Association

*[signature]*

Matthew C. Wagner (Bar No. 460298)
Collen IP, Intellectual Property Law, P.C.
The Holyoke-Manhattan Building, 80 South Highland Avenue
Ossining, New York 10562
Attorneys for Plaintiff Collen IP, Intellectual Property Law, P.C