UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., The Holyoke-Manhattan Building, 80 South Highland Avenue, Ossining, New York 10562<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAR ASSOCIATION, 321 North Clark Street, Chicago, Illinois 60610<br><br>Defendant. | CIVIL ACTION NO. 1:07-cv-01861 (ESH) |

**DISCLOSURE PURSUANT TO LOCAL RULE 7.1 OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Defendant, American Bar Association, certify that to the best of my knowledge and belief, the American Bar Association has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Michael J. Hunseder
Michael J. Hunseder, Esq. (D.C. Bar No. 447260)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel. 202 736-8236
Fax 202 736-8711

                    Charles S. Cotropia, Esq.
                    Julia Chester, Esq.
                    SIDLEY AUSTIN LLP
                    717 North Harwood, Suite 3400
                    Dallas, Texas 75201
                    Tel. 214-981-3305
                    Fax 214-981-3400

                    ATTORNEYS FOR DEFENDANT
                    AMERICAN BAR ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system in accordance with Local Rule 5.4(d) this 7th day of January, 2008.

/s/ Paul J. Zegger
Paul J. Zegger