**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., : : : : Plaintiff, : : v. : : AMERICAN BAR ASSOCIATION, : : Defendant. : | Civil Action No. 07-1861 (ESH) |

**CONSENT MOTION TO ADJOURN THE INITIAL SCHEDULING CONFERENCE OF JANUARY 30, 2008**

TO THE HONORABLE COURT:

Plaintiff Collen IP, Intellectual Property Law, P.C. ("Collen IP") with the agreement of Defendant, American Bar Association ("the ABA"), moves the Court for an adjournment of the Initial Scheduling Conference from January 30, 2008 to the week of February 4, 2008, stating the following:

1) The parties have opened a dialogue toward possible settlement.

2) Counsel has a scheduling conflict on January 30, 2008.

3) All counsel are available for a conference anytime during the week of February 4, 2008.

4) No other extensions have been requested.

WHEREFORE, Plaintiff, Collen IP prays that this court grant an adjournment of the initial scheduling conference, from January 30, 2008 to the week of February 4, 2008.

Dated: January 9, 2008

                                            Respectfully Submitted,

                              By:    /s Matthew C. Wagner
                                      Matthew C. Wagner
                                      COLLEN *IP*
                                      The Holyoke-Manhattan Building
                                      80 South Highland Avenue
                                      Town of Ossining
                                      Westchester County, NY 10562
                                      (914) 941-5668 Tel.
                                      (914) 941-6091 Fax.

                                      *Counsel for Plaintiff*

Certificate of Conference

On January 9, 2008, I spoke with the attorney for the Defendant, Charles S. Cotropia and requested consent to adjourn the initial scheduling conference as requested herein and on January 9, 2008, Defendant provided their consent to this motion.

/s Matthew C. Wagner

## CERTIFICATE OF SERVICE

I, Matthew C. Wagner hereby certify that I caused true and correct copies of the following: Consented Motion to Adjourn the Initial Scheduling Conference of January 30, 2008 to be served upon:

>Charles S. Cotropia, Esq.
>Sidley Austin LLP
>717 North Harwood, Suite 3400
>Dallas, Texas 75201

Via first-class mail, postage pre-paid and ECF System

Said service having taken place this 9th Day of January 2008.

/s Matthew C. Wagner