# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COLLEN IP, INTELLECTUAL                  :
PROPERTY LAW, P.C.,                      :
                                         :
                 Plaintiff,              :          Civil Action No. 07-1861 (ESH)
                                         :
        v.                               :
                                         :
AMERICAN BAR ASSOCIATION,                :
                                         :
                 Defendant.              :

## JOINT LCvR 16.3 REPORT

Pursuant to LCvR 16.3, counsel for the undersigned parties met by telephone on January 18, 2008, to discuss case management issues and to develop a discovery plan and report as follows:

1.  It is likely that either side will file a dispositive motion.
2.  The parties do not anticipate joining any other party or amending the pleadings.
3.  The parties do not believe it would be desirable to refer this case to a magistrate judge for trial.
4.  The parties are currently engaged in settlement negotiations.
5.  The parties do believe the Court's Alternative Dispute Resolution (ADR) procedures are appropriate in this case. The parties believe that early mediation before a mediator having experience in trademark law is appropriate.
6.  The parties do believe the case can be resolved by summary judgment.
7.  The parties agree to make Fed. R. Civ. P. 26(a)(1) disclosures.
8.  The parties have been able to agree on the trial management and discovery items identified in the table labeled Table A of this Report.

    The parties also wish to advise the Court that this will case will involve confidential business information and trade secrets and that the parties request, pursuant to Fed. R. Civ. P. 26(c)(7), entry of a protective order.

9.  The parties shall exchange expert witness reports and the following information for each expert pursuant to Fed. R. Civ. P. 26(a)(2), which the parties do not anticipate modifying. The timing for depositions of experts is listed in Table A of this Report.
10. The class action section does not apply to the present action.
11. The bifurcated trial/discovery section does not apply to the present action.

12. As set forth in Table A of this Report, the parties agree that the pretrial conference should take place on April 1, 2009.

13. As set forth in Table A of this Report, the parties agree that the Court should set a trial date at the pre-trial conference from 30-60 days after that conference.

Proposed Scheduling Order:

The parties have reached agreement on a schedule for discovery and trial. The following table sets out the parties' agreed upon deadlines for discovery and trial:

### TABLE A: AGREED SCHEDULING ORDER

| Activity | Deadline |
| --- | --- |
| Factual Discovery Closes | September 15, 2008 |
| Expert Reports for party with burden of proof due | October 15, 2008 |
| Rebuttal Expert Reports due | November 17, 2008 |
| Expert Discovery Closes | December 15, 2008 |
| Dispositive Motions Filed By | February 9, 2009 |
| Parties to Identify Trial Witnesses | March 2, 2009 |
| Parties to Identify Rebuttal Trial Witnesses | March 16, 2009 |
| Motions in Limine Due | April 1, 2009 |
| Pretrial Conference | April 1, 2009 |
| Ready for Trial | May 4, 2009 |

Respectfully submitted,


**Collen *IP*, Intellectual Property Law, P.C.,**

Matthew C. Wagner (D.C. Bar No. MW-460298)

Collen *IP*
80 South Highland Avenue
Town of Ossining
Westchester County, NY 10562
(914) 941-5668 Tel.
(914) 941-6091 Fax.

*Counsel for Plaintiff*


**American Bar Association,**

Michael Hunseder, Esq. (D.C. Bar No. 447260)
Charles S. Cotropia. Esq.

Sidley Austin LLP
1501 K Street N.W.
Washington, D.C. 20005

*Counsel for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2008, the **JOINT LCvR 16.3 REPORT** were delivered via First Class Mail upon the following:

Michael J. Hunseder, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

_____
Michele C. Morris