UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLLEN IP, INTELLECTUAL
PROPERTY LAW, P.C.,

    Plaintiff,

v.

AMERICAN BAR ASSOCIATION,

    Defendant.

Civil Action No. 07-1861 (ESH)

**JOINT FILING OF THE PARTIES' STATEMENTS OF CASE AND THE STATUTORY BASIS FOR THE CAUSES OF ACTION AND DEFENSES**

    The Parties in this action, Plaintiff, Collen IP, Intellectual Property Law, P.C., and Defendant, American Bar Association (hereinafter collectively, "the Parties") hereby submit this joint filing, laying out the Parties' respective statements of the case and the statutory basis for the causes of action and defenses.

### Plaintiff's Statement of the Case

    COLLEN IP is a leading New York intellectual property law firm, located in Westchester County, New York. Plaintiff has a diversified base of international clients, representing corporations from essentially every industrialized country in the world. For many years the Plaintiff has used its principal design mark in association with the provision of its legal and consulting services, as shown below:



The above design mark was registered on October 9, 2001 and is incontestable, U.S. Registration No. 2,495,570.

Defendant's *International Law Section* has adopted a logo confusingly similar to Plaintiff's design, for highly related services, as displayed below:



Both marks consist of a royal blue color blended into a shade of green with a white spiraling image in the foreground. Defendant's mark was first used on June 4, 2005. Defendant employs this logo on its website and in its advertisements, publications, and mass mailings.

Plaintiff attempted to initiate a dialogue to resolve this issue prior to filing the Complaint, however the various and repeated attempts to seek resolution with the Defendant and its leadership went unanswered for years. Plaintiff was forced to bring this suit because it was left with no alternative device to protect its own intellectual property. Plaintiff remains committed to pursuing a dialogue with Defendant to actively explore resolution of this matter.

### Defendant's Statement of the Case

The American Bar Association ("the ABA") is the largest voluntary professional association of lawyers in the world, with more than 400,000 members. The ABA is a not-for-profit organization headquartered in Chicago, Illinois. As a not-for-profit Association, the ABA's mission is to be the national representative of the legal profession, serving the public and the profession by promoting justice, professional

excellence and respect for the law. Among other activities, the ABA provides law school accreditation, continuing legal education, information about the law, programs to assist lawyers and judges in their work, and initiatives to improve the legal system for the public. The ABA has multiple practice sections focused on individual fields of law, including its Section of International Law, which is housed in the ABA's office in Washington, D.C.

Each practice section within the ABA engages in activities to serve its membership, and some sections have adopted their own logos. In 2004, the Section of International Law commissioned an outside design firm to independently create a logo for use by the Section in conjunction with its activities. The following logo ("ABA logo") was created for and was adopted by the International Law Practice Section:



Plaintiff's logo is shown below:



A simple comparison of the two logos demonstrates that they are distinctively different and could not be confused. Clearly, lawyers, or others confronted with the two designs, could not be misled to think one is related to the other and consumers would have no problem distinguishing between them. While a visual comparison fully reveals the differences between the two logos, such differences can also be described. The ABA

Logo includes a waning crescent moon represented by a white crescent on a greenish blue circle. Elliptical white line segments intersect the circle and are reminiscent of celestial orbits in keeping with the International Law Section's theme of global issues.

Plaintiff's logo contains a distinctive "C" image enclosed in a spiral and positioned over a globe having a light reflection on its surface. While the Plaintiff's logo has a blending of one background color into another (with dark blue at the center and greenish blue near the boundary), the ABA logo does not have any blending of background colors. Rather, the ABA logo has distinct boundaries between each element and color with greenish blue at the center and dark blue at the boundary. Also, the ABA Logo does not have a predominant "C" element or a "reflection" as shown on the globe in Plaintiff's logo.

The ABA Logo is always used in conjunction with the designation "ABA Section of International Law" as represented below, thereby further distinguishing Defendant's logo from Plaintiff's.



Prior to Plaintiff's filing of this action, Defendant responded in writing to Plaintiff's allegations that the ABA logo was confusingly similar to Plaintiff's logo by outlining why Defendant did not believe there was any likelihood of confusion between the parties' two marks. Defendant invited Plaintiff to contact Defendant to discuss the

matter if further discussion was desired. Direct contact between the parties was not achieved and this action followed.

### Plaintiff's Statutory Basis for the Causes of Action

This action is for Trademark Infringement pursuant to the Lanham Act §32(1), 15 U.S.C. §1114(1)(a), False Designation of Origin, Unfair Competition and Trademark Dilution arising under the Lanham Act §43(a), 15 U.S.C. §1125, under the Common Law.

### Defendant's Statutory Defense To the Causes of Action

Defendant alleges all legal and equitable defenses as recited in Defendant's Answer, including those pursuant to the Lanham Act § 33(a) and (b), 15 U.S.C. § 1115(a) and (b); the Lanham Act § 43(c)(1), 15 U.S.C. § 1125 (c)(1); and the Lanham Act § 29, 15 U.S.C. § 1111.

Respectfully submitted,

Collen *IP*, Intellectual Property Law, P.C.

_____
Matthew C. Wagner
(D.C. Bar No. MW-460298)

Collen *IP*
80 South Highland Avenue
Town of Ossining
Westchester County, NY 10562
(914) 941-5668 Tel.
(914) 941-6091 Fax.

Counsel for Plaintiff

5

American Bar Association

_____
Michael Hunseder, Esq.
(D.C. Bar No. 447260)
Charles S. Cotropia, Esq.

Sidley Austin LLP
1501 K Street N.W.
Washington, D.C. 20005
202-736-8236 Tel.
202-736-8711 Fax.

Counsel for Defendant

## CERTIFICATE OF SERVICE

I, _Patti Green_, hereby certify that on February 4, 2008, the: JOINT FILING OF THE PARTIES' STATEMENTS OF CASE AND THE STATUTORY BASIS FOR THE CAUSES OF ACTION AND DEFENSES, was delivered via First Class Mail upon the following: Michael J. Hunseder, Esq., Sidley Austin 1501 K Street, N.W., Washington D.C 20005.

*[signature]*