UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BAR ASSOCIATION, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-1861 (ESH) <br> ) <br> ) <br> ) <br> ) |

## MEDIATION REFERRAL ORDER

Upon consideration of matters raised at the meet and confer status conference held on February 7, 2008, and the recommendations contained in the parties' Joint LCvR 16.3 Report to the Court, the parties agree that this case should be promptly referred for mediation. With the consent of the parties, it is hereby **ORDERED** that

1. This matter is referred for mediation to commence as of February 15, 2008.

2. The Clerk of Court shall promptly furnish a copy of this Order to the Circuit Executive who shall promptly designate a mediator.

3. Mediation efforts shall conclude by April 1, 2008.

4. If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

                                                       /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

DATE: February 7, 2008