IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

COLLEN IP, INTELLECTUAL
PROPERTY LAW, P.C.
               Plaintiffs,     :    07-1861 (ESH)

v.

AMERICAN BAR ASSOCIATION,

               Defendants.

## MOTION FOR *PRO HAC VICE* ADMISSION

I, Matthew C. Wagner, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move, pursuant to Local Civil Rule 83.2(d) that Michelle C. Morris be permitted to participate in the above-captioned matter *pro hac vice* as counsel for Plaintiffs Collen IP Intellectual Property Law, P.C.. In support of this motion, I submit the accompanying declaration of Michelle C. Morris.

Dated: February 1, 2008

                                       Respectfully Submitted,

By:    */s/ Matthew C. Wagner*
        Matthew C. Wagner (D.C. Bar No. 460298)
        COLLEN IP
        The Holyoke-Manhattan Building
        80 South Highland Avenue
        Ossining, New York 10562
        Tel: (941) 941-5668
        Fax: (914) 941-6091
        mwagner@collenip.com

        *Attorney for Collen IP, Intellectual*
        *Property Law, P.C.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

COLLEN IP, INTELLECTUAL
PROPERTY LAW, P.C.
              Plaintiffs,   :   07-1861 (ESH)

v.

AMERICAN BAR ASSOCIATION,

              Defendants.

## PROPOSED ORDER RE: MOTION FOR ADMISSION *PRO HAC VICE*

Upon review of the Motion for Admission *Pro Hac Vice* and the declaration of Michelle C. Morris, it is ORDERED:

that the Motion for Admission is GRANTED.

**SO ORDERED**

_____
Honorable Ellen Segal Huvelle
United Stated District Court Judge

Dated: _____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C. | : | |
| Plaintiffs, | : | 07-cv-1861 (ESH) |
| v. | : | |
| | : | |
| AMERICAN BAR ASSOCIATION, | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF MICHELLE C. MORRIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My full name is Michelle C. Morris.

2. I am an associate in the firm of Collen IP, Intellectual Property Law, P.C., The Holyoke-Manhattan Building, 80 South Highland Avenue, Ossining, New York 10562. My telephone number is (914) 941-5668 and my facsimile number is (914) 941-6091.

3. <u>Dates and Places of Admission to Practice Law</u>:

   New York State, January, 2006

The Applicant is in good standing in all places in which Applicant is admitted to the bar.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5, I have not applied for admission *pro hac vice* to this Court within the last two years.

6. The Applicant does not reside in the District of Columbia, is not regularly employed in this district and is not regularly in the practice of law in this district. The

Applicant is not a member of the District of Columbia Bar or has an application for membership pending.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Michelle C. Morris

Dated: February 1, 2008



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Michelle C. Morris** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 25th day of January 2006, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 30, 2008.

*James Edward Pelzer*
Clerk of the Court

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, the enclosed motion for *pro hac vice* admission were delivered via federal express upon the following:

Michael J. Hunseder, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

_____
Edie Garvey