UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERICAN BAR ASSOCIATION, )<br><br>Defendant. ) | Civil Action No. 07-1861 (ESH) |

**ENTRY OF APPEARANCE**

Pursuant to the LCvR83.6(a), the undersigned hereby enters his appearance as counsel for Defendant.

Respectfully submitted,

*[signature]*

_____
Bruce A. McDonald
D.C. Bar No. 293753
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave., N.W., Suite 300
Tel.   (202) 419-4325
Fax    (202) 419-3454
e-mail: bmcdonald@schnader.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 27, 2008, a copy of the foregoing Entry of Appearance was served by U.S. mail, first class postage prepaid, on the following counsel of record for Plaintiff:

> Matthew C. Wagner, Esq.
> COLLEN IP
> 80 South Highland Avenue
> Town of Ossining
> Westchester County, NY 10562

*/s/ Bruce A. McDonald*
_____
Bruce A. McDonald
Attorney
SCHNADER HARRISON SEGAL & LEWIS LLP