UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BAR ASSOCIATION, <br><br> Defendant. | Civil Action No. 071861 (ESH) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the LCvR83.6(b), the undersigned hereby withdraws his appearance as counsel for Defendant with the consent of Defendant as attested by the undersigned officer of Defendant.

Respectfully submitted,

*/s/ Michael Hunseder*
Michael Hunseder, Esq.
D.C. Bar No. 447260
SIDLEY AUSTIN LLP
1501 K St., N.W.
Washington, D.C. 20005

Counsel for Defendant

SEEN AND AGREED:

*/s/ R. Thomas Howell, Jr.*
R. Thomas Howell, Jr.
General Counsel
American Bar Association
321 N. Clark Street
Chicago IL 60610
Tel:   (312) 988-5225
Fax:   (312) 988-5151
Email: thowell@staff.abanet.org