IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C.<br>　　　　　　　Plaintiff,<br>　v.<br>AMERICAN BAR ASSOCIATION,<br>　　　　　　　Defendant. | 07-cv-1861 (ESH) |

### JOINT STATUS REPORT AND REQUEST
### FOR 90-DAY EXTENSION OF TRIAL CALENDAR

The parties engaged in formal mediation on March 13, 2008, pursuant to the Court's Order of February 7, 2008 [Docket Entry ("D.E.") 11]. During the course of the mediation, the parties made significant progress towards an amicable resolution of the matter.. Although a formal settlement was not reached, the parties have cooperatively undertaken certain obligations to further settlement discussions.

In view of the progress made, the parties respectfully request a 90-day extension of the April 1, 2008 end of mediation deadline. The deadline to conclude mediation would be <u>June 30, 2008</u>. A 90-day extension will provide the parties with sufficient additional time to negotiate the terms of a mutually acceptable settlement of all issues related to the instant action without further judicial intervention or formal litigation.

In light of the foregoing, the parties also hereby request that all subsequent dates related to this action be reset accordingly:

| | |
|---|---|
| Expert Witness List Deadline | July 30, 2008 |
| Plaintiff's Expert Reports Due | July 30, 2008 |
| Discovery Closes | September 1, 2008 |

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | October 13, 2008 |
| Defendant's Opposition and Cross-Motion | November 12, 2008 |
| Plaintiff's Opposition/Reply | November 26, 2008 |
| Defendant's Reply | December 10, 2008 |

COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C.

By: */s/ Matthew C. Wagner/*
Matthew C. Wagner (Bar No. 460298)
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941 5668
(914) 941-6091 (facsimile)

Dated: March 20, 2008

AMERICAN BAR ASSOCIATION

By: */s/ Bruce A. McDonald/*
Bruce A. McDonald
D.C. Bar No. 293753
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave., N.W., # 300
Washington, D.C. 20006
Tel.   (202) 419-4235
Fax:  (202) 419-3454

Counsel for the Defendant

Dated: March 19, 2008

## CERTIFICATE OF SERVICE

I, Matthew C. Wagner hereby certify that I caused true and correct copies of the following: Joint Status Report and Request for 90-Day Extension of Trial Calendar to be served upon:

Bruce A. McDonald
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, N.W. #300
Washington, D.C. 20006

Via ECF system

Said service having taken place this 20th Day of March 2008.

_____