**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                :
COLLEN IP, INTELLECTUAL           :
PROPERTY LAW, P.C.,                    :
                                                :
      Plaintiff,                           :   Civil Action No. 07-1861 (ESH)
                                                :
      v.                                      :
                                                :
AMERICAN BAR ASSOCIATION,  :
                                                :
      Defendant.                         :
_____:

TO THE HONORABLE COURT:

**MOTION FOR 90-DAY EXTENSION OF TRIAL CALENDAR**

Plaintiff Collen IP, Intellectual Property Law, P.C. ("Collen IP") moves the Court for a 90-day extension of the discovery deadline until December 1, 2008, stating the following:

1. Following formal mediation and negotiation between the parties, settlement negotiations ended without reaching resolution of this matter.

2. The parties have since made discovery requests, and limited discovery responses have been exchanged owing in part to a delay in reaching agreement on a suitable confidentiality order. The parties have now reached a stipulated confidentiality agreement that provides certain protections for both parties.

3. Plaintiff Collen IP has objected to discovery requests by Defendant American Bar Association ("ABA") relating to Plaintiff's confidential financial information on the grounds that both Defendant ABA and its members and Defendant's attorneys are direct competitors of Plaintiff.

4. The parties are attempting to negotiate a resolution of this issue that would obviate the need to request the Court's intervention.

5. Defendant has noticed the deposition of one or more representatives of Plaintiff and indicated that Plaintiff's financial information was one of the subjects that would be inquired into. In view of the dispute over the issue of Plaintiff's financial information, however, the parties have agreed to defer depositions of Plaintiff until this dispute has been resolved.

6. The parties are in the process of exchanging discovery as to all other matters, but are still negotiating regarding disclosure of Plaintiff's financial information.

7. This is the second request for an extension. The parties herein previously filed a joint request for an extension of the mediation deadline to conclude mediation.

8. On July 29, 2008, Frances E. Edwards, an attorney of this office, spoke with Defendant's attorney, Bruce McDonald, and requested consent to move for a 90-day extension of the trial calendar as requested herein. On July 30, 2008, Mr. McDonald responded that he

was unable to reach his client, and accordingly could not consent to this motion.

In view of the progress made, Plaintiff respectfully requests a 90-day extension of the discovery deadline. The deadline to conclude discovery would be extended to <u>December 1, 2008</u>. A 90-day extension will provide the parties with sufficient additional time to negotiate for resolution of this discovery dispute and complete discovery.

In light of the foregoing, Plaintiff Collen IP also requests that all subsequent dates related to this action be reset accordingly:

| | |
|---|---|
| Expert Witness List Deadline | October 30, 2008 |
| Plaintiff's Expert Reports Due | October 30, 2008 |
| Discovery Closes | December 1, 2008 |
| Plaintiff's Motion for Summary Judgment | January 12, 2009 |
| Defendant's Opposition and Cross-Motion | February 11, 2009 |
| Plaintiff's Opposition/Reply | February 25, 2009 |
| Defendant's Reply | March 11, 2009 |

WHEREFORE, Plaintiff, Collen IP prays that this court grant a 90-day extension of discovery deadline from September 1, 2008 until December 1, 2008.

Dated: July 30, 2008

            Respectfully Submitted,

       By: <u>/s Matthew C. Wagner</u>
          Matthew C. Wagner (Bar No. 460298)
          COLLEN *IP*
          The Holyoke-Manhattan Building
          80 South Highland Avenue
          Town of Ossining
          Westchester County, NY 10562
          (914) 941-5668 Tel.
          (914) 941-6091 Fax.
          *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Matthew C. Wagner, hereby certify that I caused true and correct copies of the following: Motion for a 90-Day Extension of the Trial Calendar to be served upon:

>Bruce A. McDonald
>Schnader Harrison Segal & Lewis LLP
>2001 Pennsylvania Avenue, NW, Suite 300
>Washington, DC 20006-1825

via ECF System

Said service having taken place this 30th Day of July 2008.


/s Matthew C. Wagner