## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COLLEN IP, INTELLECTUAL
PROPERTY LAW, P.C.,

         Plaintiff,

    v.

AMERICAN BAR ASSOCIATION,

         Defendant.

Civil Action No. 07-1861 (ESH)

TO THE HONORABLE COURT:

## MOTION ON CONSENT FOR ONE DAY EXTENSION OF DISCOVERY DEADLINE

Plaintiff Collen IP, Intellectual Property Law, P.C. ("Collen IP") moves the Court for a one-day extension of the discovery deadline until September 16, 2008, stating the following:

1.    The parties have worked diligently to complete discovery in this matter pursuant to the Court's scheduling order.

2.    Due to attorney and witness schedules the parties have been unable to schedule a date for the deposition of Deborah Enix-Ross, who will testify as one of Defendant's 30(b)(6) representatives, until September 16, 2008, which is one day after the date set by the Court for the close of discovery on September 15, 2008.

3.    Defendant consents to this motion.

4.      The parties are requesting no further adjustment to the schedule as set

by the Court other than permission to take the deposition of Ms. Enix-

Ross one day after the date set by the Court for the close of discovery.

WHEREFORE, Plaintiff, Collen IP prays that this court grant a one-day extension of

the discovery deadline, from September 15, 2008 until September 16, 2008, solely for the

purpose of permitting one deposition to take place on September 16, 2008.

Dated: August 28, 2008

Respectfully Submitted,

By:     /s Matthew C. Wagner
        Matthew C. Wagner (Bar No. 460298)
        COLLEN *IP*
        The Holyoke-Manhattan Building
        80 South Highland Avenue
        Town of Ossining
        Westchester County, NY 10562
        (914) 941-5668 Tel.
        (914) 941-6091 Fax.
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Matthew C. Wagner, hereby certify that I caused true and correct copies of the following:  Motion for a One-Day Extension of the Discovery Deadline to be served upon:

Bruce A. McDonald
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825

via ECF System

Said service having taken place this 28th day of August, 2008.

/s Matthew C. Wagner